**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al.,<br><br>　　　　　　Plaintiffs,<br>　vs.<br>CENTRAL CALIFORNIA FOR HEALTH, et al.,<br>　　　　　　Defendants.<br>_____ / | CASE NO. CV F 10-1492 LJO JLT<br><br>**ORDER TO DISMISS DEFENDANT**<br>(Doc. 17.) |

Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES without prejudice the claims of plaintiff-intervenor Charito Bilog only. The clerk is directed NOT to close this action.

　　　　　IT IS SO ORDERED.

**Dated:　February 16, 2011**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1