# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>DOUGLAS ABDON, ET AL.<br><br>Plaintiffs in Intervention,<br>vs.<br><br>CENTRAL CALIFORNIA FOUNDATION FOR HEALTH d/b/a DELANO REGIONAL MEDICAL CENTER, ET AL.,<br><br>Defendants. | Case No: 1:10 CV 01492 LJO JLT<br><br>**ORDER GRANTING STIPULATION EXTENDING DEADLINE TO IDENTIFY ADDITIONAL CLAIMANTS**<br><br>**(Doc. 22)** |

## ORDER

For good cause shown, IT IS ORDERED that the deadline to identify additional claimants be extended to June 30, 2011.

No other dates in the Scheduling Order are impacted by this modification.

**No further modifications of the date by which additional claimants may be identified will be granted without a showing of exceptional good cause.**

IT IS SO ORDERED.

Dated:   **May 23, 2011**                         **/s/ Jennifer L. Thurston**
                                                                         UNITED STATES MAGISTRATE JUDGE

-1-