1  Robert D. Harding - State Bar #61420
2  John R. Szewczyk – State Bar #109981
   CLIFFORD & BROWN
3  A Professional Corporation
   1430 Truxtun Avenue, Suite 900
4  Bakersfield, CA  93301-5230
5  (661) 322-6023 Telephone
   (661) 322-3508 Fax
6  rharding@clifford-brownlaw.com
7  jszewczyk@clifford-brownlaw.com
8

9  Attorneys for defendant
10   Central California Foundation for
     Health dba Delano Regional Medical
11   Center; and Delano Health Associates, Inc.

12

13

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>         Plaintiff,<br><br>    and<br><br>DOUGLAS ABDON, DAVID AGBAYANI, PACITA AGUSTIN, MANUELA ANINION, MELCHOR APOSTOL, ANGELITA BALIGAD, NENA BALLESTEROS, FERDINAND BARACEROS, MARIA BUSTO, BELEN CABBAB MICHELLE CABBAB, FELY CACAL, NORMI CACAL, ERLINDA CAMOTUYA, | Case No.: 1:10-CV-01492-LJO-JLT<br><br>**ORDER AMENDING SCHEDULING ORDER REGARDING DISCOVERY DEADLINES; ORDER RESETTING SETTLEMENT CONFERENCE**<br><br>**(Doc. 34)** |

|   |   |
|---|---|
| 1 | ESTHER CASABAR, NORA CASIMIRO, ELNORA CAYME, GINA CORREA, ARMELIZA DELA CRUZ, ESTER DELOS SANTOS, HILDA DUCUSIN, AIDA ESTRELLA, FLORENTINA FAILANO, EDUARDO FRIAL, CONSOLACION GALAFTE, JOVENA GALLEGOS, LUZ GALLEGOS, TOMASA GUMALLAOI, MELINDA INTOC, CALIXTO LAMUG, WILMA LAMUG, ANIELYN MANALASTAS, ROME MANALASTAS, MARIBELLE MANANKIL, SOL MANAOIS, ELIZABETH MATIAS, CRISTINA NELMIDA, NELSON NISPEROS, VENUS PAGSUBERON, PRISCILLA PENALOSA, EVANGELINE PICATO, JOSE PIRA, FEDERICO QUINIONES, NANNETTE QUINO, TERESITA RAFANAN, MELANIE REFUERZO, MARILOU RIOLA, MARIA TERESA SOLANO, NECITA TABAJONDA, MYRNA TORRES, ELENA VILLAMOR, AND ROMEO VILLAMOR.

  Plaintiff-Intervenors

  v.

CENTRAL CALIFORNIA FOR HEALTH d/b/a DELANO REGIONAL MEDICAL CENTER; AND DELANO HEALTH ASSOCIATES, INC., and DOES 1 through 15, inclusive,

  Defendants. |

**ORDER**

Based upon the foregoing stipulation of the parties and good cause appearing and after conferring with counsel on January 10, 2012, the Court **ORDERS:**

1. The scheduling order is amended as follows:

a. All discovery pertaining to non-experts shall be completed on or before April 15, 2012.

b. Discovery pertaining to experts shall be completed on or before June 15, 2012.

c. All parties are directed to disclose all expert witnesses, in writing, on or before April 15, 2012, and to disclose all rebuttal experts on or before May 15, 2012. The written designation of experts shall be made pursuant to Fed. R.Civ.P. Rule 26(a)(2), (A) and (B) and shall include all information required thereunder;

d. Any non-dispositive motions shall be filed no later than June 29, 2012 and heard no later than July 27, 2012;

2. In proposing these schedule amendments, the parties acknowledge that expert discovery will not be available for use in dispositive motions. However, Defendants reported that they do not intend to file a dispositive motion. In any event, if a party decides to file a dispositive motion, this Court will not consider this to be good cause to further amend the scheduling order;

3. The settlement conference currently set on January 26, 2012 is reset on February 27, 2012 at 1:30 p.m. Counsel SHALL alert the Court no later than February 22, 2012, if they believe that the settlement conference should not go forward for any reason;

///

///

///

4. All other provisions of the Scheduling Conference Order shall remain in effect.

IT IS SO ORDERED.

Dated:   **January 10, 2012**                                            **/s/ Jennifer L. Thurston**
                                                                         UNITED STATES MAGISTRATE JUDGE

-4-