IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>         Plaintiff,<br>   vs.<br><br>CENTRAL CALIFORNIA FOUNDATION FOR HEALTH, et al.,<br><br>         Defendants.<br>_____ / | CASE NO. CV F 10-1492 LJO JLT<br><br>**ORDER TO DISMISS CLAIMS**<br>(Doc. 38.) |

Based on the parties' stipulation under F.R.Civ.P. 41(a)(1)(A)(ii), this Court DISMISSES the claims of plaintiff-intervenors Melchor Apostol, Ferdinand Baraceros, Eduardo Frial, Anielyn Manalastas, Nelson Nispoeros, Marilou Riola, and Necits Tabajonda.

The clerk is directed not to close this action.

IT IS SO ORDERED.

**Dated:   January 18, 2012**              **/s/ Lawrence J. O'Neill**
                                                                   UNITED STATES DISTRICT JUDGE