1  Robert D. Harding - State Bar #61420
2  John R. Szewczyk – State Bar #109981
   CLIFFORD & BROWN
3  A Professional Corporation
4  1430 Truxtun Avenue, Suite 900
   Bakersfield, CA  93301-5230
5  (661) 322-6023 Telephone
6  (661) 322-3508 Fax
   rharding@clifford-brownlaw.com
7  jszewczyk@clifford-brownlaw.com
8

9  Attorneys for defendant
10   Central California Foundation for
     Health dba Delano Regional Medical
11   Center; and Delano Health Associates, Inc.
12

13
14                     **UNITED STATES DISTRICT COURT**

15                     **EASTERN DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| 17  U.S. EQUAL EMPLOYMENT | Case No.: 1:10-CV-01492-LJO-JLT |
| 18  OPPORTUNITY COMMISSION, | |
|          Plaintiff, | **ORDER AMENDING** |
| 19  | **SCHEDULING ORDER** |
| 20       and | |
| 21  | (Doc. 42) |
|     DOUGLAS ABDON, et al., | |
| 22           Plaintiff-Intervenors | |
| 23  | |
|        v. | |
| 24  | |
| 25  CENTRAL CALIFORNIA FOR | |
|     HEALTH d/b/a DELANO REGIONAL | |
| 26  MEDICAL CENTER, et al., | |
| 27           Defendants. | |
| 28  | |

## **ORDER**

Based upon the stipulation of the parties, the oral representation to the Court by Defendants' counsel that they will not file a dispositive motion and good cause appearing, the Court ORDERS:

1. The Scheduling Order is amended as follows:

   a. Discovery pertaining to non-experts shall be completed on or before July 13, 2012;

   b. Discovery pertaining to experts shall be completed on or before July 13, 2012;

   c. The parties SHALL jointly disclose in writing, all expert witnesses on or before May 15, 2012 and SHALL disclose all rebuttal experts on or before June 15, 2012. The written designation of experts shall be made pursuant to Fed. R.Civ.P. Rule 26(a)(2), (A) and (B) and shall include all information required thereby.

2. No other amendments to the scheduling order are authorized;

3. **No further amendments to the scheduling order will be permitted absent a showing of exceptional good cause.**

IT IS SO ORDERED.

Dated:   **March 14, 2012**                              **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE