Robert D. Harding - State Bar #61420
John R. Szewczyk – State Bar #109981
CLIFFORD & BROWN
A Professional Corporation
1430 Truxtun Avenue, Suite 900
Bakersfield, CA  93301-5230
(661) 322-6023 Telephone
(661) 322-3508 Fax
rharding@clifford-brownlaw.com
jszewczyk@clifford-brownlaw.com

Attorneys for defendant
  Central California Foundation for
  Health dba Delano Regional Medical
  Center; and Delano Health Associates, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　and<br><br>DOUGLAS ABDON, DAVID AGBAYANI, PACITA AGUSTIN, MANUELA ANINION, MELCHOR APOSTOL, ANGELITA BALIGAD, NENA BALLESTEROS, FERDINAND BARACEROS, MARIA BUSTO, BELEN CABBAB MICHELLE CABBAB, FELY CACAL, NORMI CACAL, ERLINDA CAMOTUYA, | Case No.: 1:10-CV-01492-LJO-JLT<br><br>**ORDER TO CHANGE HEARING DATE ON MOTION FOR PARTIAL SUMMARY JUDGMENT FILED BY PLAINTIFF EEOC AND PLAINTIFF-INTERVENORS** |

-1-

|   |   |
|---|---|
| 1 | ESTHER CASABAR, NORA CASIMIRO, ELNORA CAYME, GINA CORREA, ARMELIZA DELA CRUZ, ESTER DELOS SANTOS, HILDA DUCUSIN, AIDA ESTRELLA, FLORENTINA FAILANO, EDUARDO FRIAL, CONSOLACION GALAFTE, JOVENA GALLEGOS, LUZ GALLEGOS, TOMASA GUMALLAOI, MELINDA INTOC, CALIXTO LAMUG, WILMA LAMUG, ANIELYN MANALASTAS, ROME MANALASTAS, MARIBELLE MANANKIL, SOL MANAOIS, ELIZABETH MATIAS, CRISTINA NELMIDA, NELSON NISPEROS, VENUS PAGSUBERON, PRISCILLA PENALOSA, EVANGELINE PICATO, JOSE PIRA, FEDERICO QUINIONES, NANNETTE QUINO, TERESITA RAFANAN, MELANIE REFUERZO, MARILOU RIOLA, MARIA TERESA SOLANO, NECITA TABAJONDA, MYRNA TORRES, ELENA VILLAMOR, AND ROMEO VILLAMOR. |

Plaintiff-Intervenors

v.

CENTRAL CALIFORNIA FOR HEALTH d/b/a DELANO REGIONAL MEDICAL CENTER; AND DELANO HEALTH ASSOCIATES, INC., and DOES 1 through 15, inclusive,

Defendants.

# **ORDER**

Based on the parties' stipulation, this Court:

1. VACATES the May 30, 2012 hearing on the summary judgment motions;
2. ORDERS opposition papers to be filed no later than May 30, 2012; and
3. ORDERS reply papers to be filed no later than June 7, 2012.

Pursuant to its practice, this Court will consider the summary judgment motions on the record without a hearing. *See* Local Rule 230(g).

IT IS SO ORDERED.

Dated:   **May 11, 2012**                                    **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE