# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CASE NO. CV F 10-1492 LJO JLT |
| Plaintiff, | **ORDER TO DISMISS CLAIMS** (Doc. 77.) |
| vs. | |
| CENTRAL CALIFORNIA FOUNDATION FOR HEALTH, et al., | |
| Defendants. | |

Based on the parties' stipulation under F.R.Civ.P. 41(a)(1)(A)(ii), this Court DISMISSES the claims of plaintiff-intervenors Nena Ballesteros and Michelle Cabbab.

The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:   June 18, 2012                    /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1