# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff,<br><br>     vs.<br><br>CENTRAL CALIFORNIA FOUNDATION FOR HEALTH, et al.,<br><br>            Defendants. | CASE NO. CV F 10-1492 LJO JLT<br><br>**ORDER TO DISMISS CLAIMS**<br>(Doc. 77.) |

Based on the parties' stipulation under F.R.Civ.P. 41(a)(1)(A)(ii), this Court DISMISSES the claims of plaintiff-intervenors Nena Ballesteros and Michelle Cabbab.

The clerk is directed not to close this action.

IT IS SO ORDERED.

**Dated:   June 18, 2012**                              /s/ Lawrence J. O'Neill
                                                                   UNITED STATES DISTRICT JUDGE