UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>         Plaintiff,<br><br>and<br><br>DOUGLAS ABDON, et al.,<br><br>         Plaintiff-Intervenors.<br><br>    vs.<br><br>CENTRAL CALIFORNIA FOR HEALTH, et al.,<br><br>         Defendants.<br>_____/ | CASE NO. CV F 10-1492 LJO JLT<br><br>**ORDER AFTER SETTLEMENT** |

This Court has been informed that global settlement has been reached for this action. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than July 23, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed or concluded. Such papers shall include consent decrees, stipulations to dismiss, and motions to dismiss plaintiff-intervenors who fail to prosecute their claims.

This Court VACATES all pending matters and dates, including the July 17, 2012 hearing on the motion to strike, the July 26, 2012 pretrial conference, and the September 11, 2012 trial. This Court will take no further action on the pending summary judgment motions.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court

1  ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil
2  Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems
3  appropriate.
4      IT IS SO ORDERED.
5  **Dated:   June 22, 2012**                    **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE