1

2

3

4

5

6 **IN THE UNITED STATES DISTRICT COURT**

7 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9 U.S. EQUAL EMPLOYMENT                      CASE NO. CV F 10-1492 LJO JLT
OPPORTUNITY COMMISSION,

10                                                      **ORDER TO SHOW CAUSE WHY ACTION**
                        Plaintiff,                    **SHOULD NOT BE DISMISSED AS TO**
11                                                      **PLAINTIFF ELIZABETH MATIAS**
and

12
DOUGLAS ABDON, et al.,

13
                        Plaintiff-Intervenors,

14
            vs.

15
CENTRAL CALIFORNIA FOUNDATION

16 FOR HEALTH,

17                        Defendants.
                                                    /
18 _____

19        The record reflects that pro se plaintiff Elizabeth Matias ("Ms. Matias") has not meaningfully

20 prosecuted her claims in this action and has failed to participate in settlement of this action.  As such,

21 this Court ORDERS Ms. Matias, no later than July 6, 2012, to file and serve papers to show good cause

22 why this Court should not dismiss her claims for failure to prosecute them in this action.  **This Court**

23 **ADMONISHES Ms. Matias that this Court will dismiss her claims and this action if Ms. Matias**

24 **fails to respond to this order.**

25        The clerk is directed to serve Ms. Matias with this order at her last known address of 3714

26 Scycamore Creek Drive, Bakersfield, CA 93313.

27 IT IS SO ORDERED.

28 **Dated:    June 22, 2012            /s/ Lawrence J. O'Neill**

1          UNITED STATES DISTRICT JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28