# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br>　　　　　Plaintiff, <br><br>and <br><br>DOUGLAS ABDON, et al., <br><br>　　　　　Plaintiff-Intervenors, <br><br>　　vs. <br><br>CENTRAL CALIFORNIA FOUNDATION FOR HEALTH, <br><br>　　　　　Defendants. <br>　　　　　　　　　　　　　　　　　　/ | CASE NO. CV F 10-1492 LJO JLT <br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED AS TO PLAINTIFF VENUS PAGSUBERON** |

　　　　The record reflects that pro se plaintiff Venus Pagsuberon ("Ms. Pagsuberon") has not meaningfully prosecuted her claims in this action and has failed to participate in settlement of this action. As such, this Court ORDERS Ms. Pagsuberon, no later than July 6, 2012, to file and serve papers to show good cause why this Court should not dismiss her claims for failure to prosecute them in this action. **This Court ADMONISHES Ms. Pagsuberon that this Court will dismiss her claims and this action if Ms. Pagsuberon fails to respond to this order.**

　　　　The clerk is directed to serve Ms. Pagsuberon with this order at her last known address of 449 Avenida Valencia, Camarillo, CA 93012.

　　　　IT IS SO ORDERED.

**Dated:　　June 22, 2012　　　　　　　　　　　　/s/ Lawrence J. O'Neill**

1

UNITED STATES DISTRICT JUDGE