UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>and<br><br>DOUGLAS ABDON, et al.,<br><br>　　　　　Plaintiff-Intervenors.<br><br>vs.<br><br>CENTRAL CALIFORNIA FOR HEALTH, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 10-1492 LJO JLT<br><br>**ORDER TO APPROVE AND ENTER CONSENT DECREE**<br>(Doc. 93.) |

This Court finds that compliance with all provisions of the parties' Consent Decree is fair and adequate. This Court retains jurisdiction for the term of the Consent Decree. Upon agreement of the parties and for good cause established, the provisions of the Consent Decree are approved and compliance with all provisions thereof is ORDERED. The clerk is direct to close administratively this action subject to reopening as necessary.

IT IS SO ORDERED.

**Dated:   September 17, 2012**　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE